JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARACELI MAGANA, an individual,

Plaintiff,

v.

TARGET CORPORATION, a Minnesota corporation; RAFAEL URIBE, an individual; and DOES 1-100, inclusive,

Defendants.

Case No. 5:26-cv-04235-KK-ACCV

**ORDER RE JOINT STIPULATION TO REMAND**

Judge: Kenly Kiya Kato
Courtroom: 3

Magistrate: Angela C. C. Viramontes
Courtroom: 4

Trial Date: Not Set
Removal Date: Julv 29. 2026

Pursuant to the Stipulation of the Parties, signed by their counsel of record and for good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

(1) Defendant Rafael Uribe is dismissed from this action without prejudice; and

(2) This matter is hereby remanded to the jurisdiction of the San Bernardino County Superior Court for all further proceedings.

**IT IS SO ORDERED.**

Dated: September 8, 2026

Honorable Kenly Kiva Kato
United States District Judge